1  LATHAM & WATKINS LLP
   Viviann C. Stapp (Bar No. 233036)
2  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4  Email: viviann.stapp@lw.com

5

   Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice* pending)
6  Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice* pending)
   233 South Wacker Drive
7  Suite 5800 Sears Tower
   Chicago, Illinois 60606
8  Telephone: (312) 876-7700
   Facsimile: (312) 993-9767
9  Email: mark.mester@lw.com
          livia.kiser@lw.com
10
   Attorneys for Defendant
11 Aurora Dairy Corporation

12

13                UNITED STATES DISTRICT COURT FOR THE

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 16 **BRENDA GALLARDO, on behalf of herself and all other similarly situated,** | Case No. **3:07-cv-05331-MJJ** |
| 17 Plaintiff, | **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |
| 18 **AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY,** | |
| 19 | |
| 20 Defendant. | |

1 | Pursuant to Civ. L. R. 6-2 and 7-12, Defendant Aurora Dairy Corporation ("Defendant" or "Aurora") and Plaintiff Brenda Gallardo ("Plaintiff" or "Gallardo") (collectively, the "Parties"), by and through their attorneys, hereby stipulate and agree to an order extending the time by forty-five (45) days for Aurora to answer or otherwise plead in response to Plaintiff's Complaint. For the reasons set forth below, the parties stipulate that, subject to Court approval, Defendant's pleading deadline shall be extended up to and including December 28, 2007.

## STIPULATION

1. The instant lawsuit is one of several class action lawsuits recently filed against Aurora. These actions are currently pending in different judicial districts before different federal judges.

2. On October 19, 2007, plaintiffs in one of the foregoing suits filed a petition, pursuant to 28 U.S.C. § 1407 (2000), with the Judicial Panel on Multidistrict Litigation to transfer the lawsuits to a single court for coordinated pretrial management. See Motion of Plaintiffs Rebecca and Fernando Freyre For Transfer And Coordination Or Consolidation Under 28 U.S.C. § 1407, Ex. A hereto.

3. Aurora believes that an extension of time pending the J.P.M.L.'s ruling is necessary and appropriate to prevent unfair prejudice and a waste of resources. See, e.g., Rosenfeld v. Hartford Fire Ins. Co., Nos. 88 Civ. 2153 (MJL), 88 Civ. 2252 (MJL), 1988 WL 49065, at *1 (S.D.N.Y. May 12, 1988). Aurora believes that it should not be required to answer or otherwise plead prior to the resolution of the consolidation motion pending before the Multidistrict Panel. See id.

4. Aurora further believes that an extension of time pending a ruling by the Multidistrict Panel is necessary and appropriate in order to conserve judicial resources in the management of the instant lawsuit. See, e.g., Rivers v. Walt Disney Co., 980 F. Supp. 1358, 1362 (C.D. Cal. 1997). By granting an extension of time, the Court will avert the possibility of the needless expenditure of time and energy and will avoid potential duplication of case management. See id. at 1360.

5. <u>Plaintiff has no objection to extending the time for Aurora to respond for 45 days.</u>

6. No prior extensions of time have been sought by the Parties.

7. The requested extension will not affect the current case schedule in any way.

8. The parties hereby STIPULATE that subject to Court approval, Aurora's pleading deadline shall be extended forty-five (45) days from the date prescribed by the Federal Rules of Civil Procedure, up to and including December 28, 2007.

Dated: November 13, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By: _____/s/_____
Viviann C. Stapp

Attorneys for Defendant
Aurora Dairy Corporation

Dated: November 13, 2007

Respectfully submitted,

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By: _____/s/_____
Robert Bramson

Attorneys for Plaintiff Brenda Gallardo

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated: November 13, 2007

_____/s/_____
Viviann C. Stapp

# [PROPOSED] ORDER

The Court having considered the Parties' Stipulated Request for Order Extending Time for Defendant to Answer or Otherwise Plead in Response to Plaintiff's Complaint, and good cause appearing, IT IS HEREBY ORDERED that the request is GRANTED. Defendant's pleading deadline shall be extended up to and including December 28, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/19/07



Judge Martin J. Jenkins
United States District Judge