A CERTIFIED TRUE COPY

MAR 13 2008

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION

MDL No. 1907

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)   07-5331 MMC

On February 20, 2008, the Panel transferred three civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable E. Richard Webber.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Webber.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of February 20, 2008, and, with the consent of that court, assigned to the Honorable E. Richard Webber.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 13 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: [signature]
    DEPUTY CLERK

# IN RE: AURORA DAIRY CORP. ORGANIC MILK MARKETING AND SALES PRACTICES LITIGATION

MDL No. 1907

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 08-10 | Paul Bowen v. Wal-Mart Stores, Inc. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 07-5331 | Brenda Gallardo v. Aurora Dairy Corp. |
| CAN 3 07-6174 | Shawn Riley v. Safeway, Inc. |
| **COLORADO** | |
| CO 1 07-2285 | Elizabeth Cockrell v. Aurora Dairy Corp. |
| CO 1 07-2449 | Jim Snell, et al. v. Aurora Dairy Corp., et al. |
| CO 1 07-2622 | Vicki M. Tysseling-Mattiace v. Wild Oats Markets, Inc. |
| CO 1 07-2625 | Margot West, et al. v. Aurora Dairy Corp. |
| **MINNESOTA** | |
| MN 0 07-4755 | Patrick Hudspeth, et al. v. Target Corp. |
| **NEW YORK EASTERN** | |
| NYE 2 07-4425 | Ilsa Lee Kaye v. Aurora Dairy Corp. |
| **NEW YORK SOUTHERN** | |
| NYS 1 07-9418 | Hillary White, et al. v. Aurora Dairy Corp. |
| **WASHINGTON WESTERN** | |
| WAW 2 07-1975 | Channing Hesse v. Costco Wholesale Corp. |